IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                       Case No 4:22-cr-40001-010

RUSTY GRIFFIN                                                                          DEFENDANT

## ORDER

Before the Court is the Motion to Modify Conditions of Release Regarding Travel filed herein by the Defendant RUSTY GRIFFIN.  ECF No. 185.  The Government has not responded and has informed the Court it has no objection to the requested modification.[1]  The Motion was referred to the undersigned for decision.  ECF No. 186.  The Court finds as follows:

On May 5, 2022, the Court issued an Order setting the Defendant's Conditions of Release. ECF No. 127.  In this Order Defendant's travel was restricted to the Eastern and Western Districts of Arkansas, Bowie County, Texas, and as permitted by the United States Probation Office. Defendant now requests that he be allowed to travel to McCurtain County, Oklahoma for the purpose of obtaining physical therapy and medical treatment.  The Government does not object to this request.

**IT IS THEREFORE ORDERED** Defendant's Motion to Modify Conditions of Release Regarding Travel (ECF No. 185) is **GRANTED**.  Defendant is permitted to travel to McCurtain Oklahoma, for the purpose of medical treatment and physical therapy.  All other conditions of pre-trial release remain in effect.

---

[1] On September 25, 3023, the Government communicated with the Court by email, indicating it did not have objection to the requested modification.  Additionally, and as noted in the instant Motion, Defendant's Counsel conferred with Government's counsel prior to filing the Motion and was informed the Government had no objection.

Defense counsel is directed to provide a copy of this Order modifying pre-trial release conditions to Defendant.

**SO ORDERED** this **26th day of September 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE